**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SARAH BRUNS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:21-cv-03242 |
| | ) | |
| v. | ) | Removed from: |
| | ) | |
| TRANSWORLD SYSTEMS INC., | ) | Cook County Circuit Court |
| | ) | Chancery Division |
| | ) | Case No.: 2021 CH 02143 |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Transworld Systems Inc. (hereinafter "TSI"), by its attorneys, respectfully files this Notice of Removal to remove this action from the Circuit Court in Cook County, Illinois, Chancery Division to the United States District Court for the Northern District of Illinois. In support of this Notice of Removal, TSI states as follows:

1. Plaintiff, Sarah Bruns, originally commenced this action by filing a Complaint against TSI in the Cook County Circuit Court, Chancery Division captioned *Sarah Bruns v. Transworld Systems Inc.,* Case No.: 2021-CH-02143, on May 3, 2021. The complaint was served on TSI's registered agent on May 18, 2021. A true and correct copy of the Complaint is attached hereto as Exhibit A. No further proceedings before the state court have occurred.

2. For the reasons described below, this Court has jurisdiction over the state court action pursuant to 28 U.S.C. § 1331 because plaintiff's Complaint alleges a cause of action arising under the laws of the United States.

3. Plaintiff's Complaint alleges that TSI violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, due to TSI's allegedly unlawful collection activities concerning debts which were owed by the plaintiff.

4. The United States Supreme Court has affirmed that federal question jurisdiction exists when presented with a substantial federal question. *Grable & Sons Metal Prods., Inc. v. Darue Eng. & Mfg.*, 545 U.S. 308 (2005). Because plaintiff seeks relief for a cause of action arising under a federal statute, the Complaint asserts a federal question under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k, and it is therefore removable pursuant to 28 U.S.C. § 1441.

5. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is being filed within thirty (30) days after service of the Complaint on Defendant TSI. TSI was served on May 18, 2021. *See* Exhibit B (state court docket).

6. The Cook County Circuit Court, Chancery Division is located within the federal Northern District of Illinois. Therefore, venue for purposes of removal is proper because the United States District Court for the Northern District of Illinois embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

7.  Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being caused to be served on plaintiff, through her attorneys, at the address provided in the Complaint. Notice will also be promptly filed with the clerk of the Cook County Circuit Court.

8.  TSI files this Notice of Removal solely for the purpose of removing the state court action and does not waive, and specifically reserves, all defenses.

WHEREFORE, Defendant Transworld Systems Inc. gives notice that this action is removed to the United States District Court for the Northern District of Illinois, and respectfully requests that no further proceedings in this matter be had in the Cook County Circuit Court.

Date: June 17, 2021                    Respectfully submitted,

s/ *Morgan I. Marcus*
Morgan I. Marcus
Andrew E. Cunningham
Sessions, Israel & Shartle, LLC
141 West Jackson Boulevard, Suite 3550
Chicago, Illinois 60604
Telephone: (312) 578-0985
E-mail: mmarcus@sessions.legal
        acunningham@sessions.legal

*Attorneys for Defendant*
*Transworld Systems Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2021, I electronically filed the foregoing **Notice of Removal** with the Clerk of Court using the CM/ECF system. A copy of this document and all attachments are being delivered by regular mail and electronic mail to Plaintiff's counsel at the following address:

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
dedelman@edcombs.com

        Respectfully submitted,

        s/ *Morgan I. Marcus*
        Morgan I. Marcus, Esq.

        *Attorney for Defendant*
        *Transworld Systems Inc.*